No. 11–5685. CHAVEZ v. GROUNDS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5689. DAVENPORT v. CHANDLER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–5690. LEE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–5691. MONTOYA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5692. JIMENEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5694. A. M. v. MENTAL HEALTH BOARD OF THE 11TH JUDICIAL DISTRICT. Sup. Ct. Neb. Certiorari denied.

No. 11–5695. MOORE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–5698. ARNOLD v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 11–5699. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5701. CROZIER v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5702. MENDEZ CONTRERAS v. HARRINGTON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5709. MILLER v. FAYRAM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–5710. CORTEZ ESTRADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5711. BUENROSTRO, AKA ROSTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5712. ANGELOS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5713. BOLDEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.